DRAWER #40

THE STATE OF TEXAS

VS.

Jennifer Blake

CAUSE NO. ___F-1142291___

_____DISTRICT COURT

DALLAS COUNTY, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/3/2015 10:52:46 AM
LISA MATZ
Clerk

### DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas at Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein.

WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver to me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

BILL LONG
DISTRICT CLERK
Dallas County, Texas

By _____
Deputy District Clerk

### ORDER

The Defendant having requested the Court to appoint Counsel,

it is Ordered the Honorable Deborah Farris _____,

Address:_____

a regular licensed and practicing attorney of Texas, be, and he is hereby appointed to represent Defendant in prosecuting his appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____, 19_____, and make Statement of Facts in duplicate and furnish same to Defendant or his appointed Counsel.

_____
Judge

FORM 40

THE STATE OF TEXAS

VS.

Jennifer Blake

CAUSE NO. F  114 2291 -1

CRIMINAL     DISTRICT COURT    #2

DALLAS COUNTY, TEXAS

## PLEA AGREEMENT (MOTION TO REVOKE OR ADJUDICATE)

TO THE HONORABLE JUDGE OF SAID COURT:
The defendant herein and the attorneys for both the defendant and the State make the following agreement:

| Defendant's Plea: | [ ] True | |
|---|---|---|
| Type of Plea: | [ ] Plea bargain | [ ] Open plea |

Open as to:

Agreed sentence:
[ ] Confinement in [ ] penitentiary [ ] state jail [ ] county jail for _____ [ ] years [ ] months [ ] days
[ ] Post-conviction community supervision, confinement probated for _____ [ ] years [ ] months [ ] days
[ ] Extend community supervision from _____ to _____
[ ] Boot Camp [ ] Shock Probation [ ] Substance Abuse Felony Program
[ ] CENIKOR [ ] Judicial Treatment Center [ ] Dallas County Jail Chemical Dependency Program
[ ] Defendant will sign waiver of extradition [ ] Defendant knowingly and voluntarily waives appeal
[ ] Defendant will testify          [ ] Defendant will not testify
[ ] Other: _____
[ ] Back-time included: _____  [ ] Back time NOT included

### COURT'S ADMONITIONS TO DEFENDANT

You have an absolute right to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. If you do testify anything you say can and will be used in evidence against you. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. You have the right to be represented by an attorney. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for the hearing. If you are on unadjudicated community supervision, are found to have violated a condition of community supervision, and your guilt is adjudicated by the Court, no appeal may be taken from the Court's decision, and the court may assess your punishment anywhere within the range provided by law for the offense. If the punishment assessed by the Court is not greater than that which you have plea-bargained you may not appeal on any matter in the case unless the Court grants permission for the appeal, or the matters appealed were raised by written motion filed and ruled on before the plea. After adjudication of guilt, all proceedings, including assessment of punishment, pronouncement of sentence, the granting of community supervision, and an appeal, then continue as if adjudication of guilt had not been deferred.

### DEFENDANT'S STATEMENTS AND WAIVERS

In open court, and with the approval of counsel, defendant makes the following statements and waivers. I am the person named as the accused in the State's motion and am the same person who was previously placed on community supervision in this cause. I am mentally competent. I understand the nature of the accusation made against me, the range of punishment of the offense I was placed on community supervision for, and the consequences of a plea of true. I understand that I have the right to remain silent, that anything I say can and will be used against me, and that I have the right to confront and cross-examine the witness against me.

I hereby waive any and all defects, errors, or irregularities, whether of form or substance, in the State's motion, and waive my right to remain silent. I waive arraignment and reading of the State's motion, the appearance, confrontation, and cross-examination of witnesses, and my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed). I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence. I affirm that my plea, judicial confession, and stipulation of evidence are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand that if I am continued on community supervision in this case and I am charged with a violation of my community supervision and arrested in another state, under the Uniform Extradition Act I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

In my judicial confession and stipulation which follows, I incorporate by reference the allegations made against me in the motion now being heard by the Court.

FILED
2015 MAY 21 AM 10:57
FELICIA PIRES
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

## DEFENDANT'S JUDICIAL CONFESSION AND STIPULATION OF EVIDENCE

I, the defendant herein, judicially confess and stipulate in open court that on the ____ day of _____, 20__ I was placed on community supervision in this case for a period of ____ [ ] years [ ] months [ ] days, that I received a copy of my conditions of community supervision, that they were explained to me, and that I understood them, and that while on community supervision, I violated the conditions of my community supervision as follows: ____ a  d  h  j  t ____ (COP letter violated).

[ ] I committed the criminal offense (or offenses) as alleged in the State's motion.
[ ] failed to report to the supervision officer as directed, as alleged in the State's motion, though I was able to report and could have reported
[ ] I failed to pay the following, as alleged, though able to do so:      [ ] Community supervision fees
    [ ] Restitution        [ ] Court-appointed attorney fees    [ ] Fine
    [ ] Court Costs      [ ] Drug testing fees      [ ] Other ____ Crime Stoppers ____
[ ] I used a controlled substance or narcotic, and failed urinalysis, as alleged.
[ ] I failed to attend Alcoholics Anonymous or Narcotics Anonymous as directed.
[ ] I failed to obtain an alcohol or drug evaluation as directed.
[ ] I failed to obtain and/or complete, as I was directed:      [ ] Psychological evaluation and/or counseling
    [ ] Drug Treatment    [ ] Drug aftercare treatment    [ ] G.E.D.
    [ ] Other: ____
[ ] I failed to perform community service as directed
[ ] I committed these further violations, as alleged in the State's motion: ____

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

____ 5/4/17 ____
Date

____
Defendant

____ Jennifer Blake ____
Printed Name

SUBSCRIBED AND SWORN BEFORE ME, the undersigned authority, by the defendant on this the __12__ day of ____ May ____, 20 15

FELICIA PITRE, District Clerk

By: ____
    Deputy

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/ her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

____ 5/11/15 ____
Date

____ 00787246 ____
State Bar Number

____
Attorney for Defendant

____ Jennifer Collins ____
Printed Name

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

____ 5-11-15 ____
Date

____ 24036762 ____
State Bar Number

SUSAN HAWK, Criminal District Attorney, Dallas County

____
Assistant District Attorney

____ Harris ____
Printed Name

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony.

____ 5-12-15 ____
Date

____
Judge

Cause No. C-1102291

THE STATE OF TEXAS                    §        IN THE _____
VS.                                   §        DISTRICT COURT _____
Jennifer Blake                        §        DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____        _____
Judge                                   Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____        _____
Defendant (if not represented by counsel)   Defendant's Counsel
Mailing Address:                        State Bar No.: 00737216
                                        Mailing Address:
Telephone #:
Fax # (if any):                         Telephone #:
                                        Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



CASE NO. F-1142291-I
INCIDENT NO./TRN: 9135054042

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT | |
| | § | | |
| V. | § | COURT #2 | |
| | § | | |
| JENNIFER LOU BLAKE | § | DALLAS COUNTY, TEXAS | |
| | § | | |
| STATE ID NO.: TX07639792 | § | | |

## JUDGMENT REVOKING COMMUNITY SUPERVISION

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. **Don Adams** | Date Judgment Entered: | **5/12/2015** |
| Attorney for State: | **Jason Hermus** | Attorney for Defendant: | **Jennifer Castillo** |

Date of Original Community Supervision Order:
**6/22/2012**

Statute for Offense:
**32.32 Penal Code**

Offense for which Defendant Convicted:
**FALSE STATEMENT PROPERTY/CREDIT 1,500**

Date of Offense:
**10/10/2011**

| Degree of Offense:<br>**STATE JAIL FELONY** | Plea to Motion to Revoke:<br>**TRUE** | Findings on Deadly Weapon:<br>**N/A** |
|---|---|---|

Original Punishment Assessed:
**2 YEARS STATE JAIL DIVISION, TDCJ PROBATED 3 YEARS FINE: $ 1500.00**

Shock Community Supervision:
**N/A YEARS   PROBATED       YEARS FINE: $ N/A**

| Date Sentence Imposed: | **5/12/2015** | Date Sentence to Commence: | **5/12/2015** |
|---|---|---|---|

Punishment and Place of Confinement: **2 YEARS STATE JAIL DIVISION, TDCJ**

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

| Fine:<br>**TIME SERVED**<br>$ **N/A** | Court Costs: **TIME SERVED**<br>$ | Restitution:<br>$ **N/A** | (see below) | Restitution Payable to:<br>☐ AGENCY/AGENT<br>☐ VICTIM |
|---|---|---|---|---|

☐ **Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.**

### IS ORIGINAL JUDGMENT / SENTENCE REFORMED? NO

☐ In accordance with Section 12.44(a) Penal Code, the Court finds that the ends of justice would best be served by punishment as a Class A misdemeanor. Defendant is adjudged to be guilty of a state jail felony and is assessed punishment indicated above.

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | |
|---|---|
| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.<br><br>From **11/8/2011** to **11/15/2011**    From **1/24/2012** to **1/25/2012**    From **6/20/2012** to **6/22/2012**<br><br>From **5/7/2015** to **5/12/2015**    From    to    From    to<br><br>If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.<br><br>**N/A DAYS    NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called in Dallas County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.



☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

The State filed a motion to revoke Defendant's community supervision. After hearing the State's motion, Defendant's plea, the evidence submitted, and reviewing the record, the Court **GRANTS** the State's motion. The Court's record indicates that Defendant was previously convicted of a felony offense and punishment was assessed as indicated above. The record indicates the Court ordered imposition of Defendant's sentence of confinement suspended and placed Defendant on community supervision for 3 YEARS.

The Court **FINDS** Defendant has violated the conditions of community supervision as set out in the State's **ORIGINAL** Motion to Revoke Community Supervision as follows:

See attached Motion to Revoke Community Supervision.

Accordingly, the Court **ORDERS** the previous orders in this cause suspending imposition of sentence of confinement and placing Defendant on community supervision **REVOKED. (select one of the following)**

☒ The Court **ORDERS** Defendant punished in accordance with the judgment and sentence originally entered in this cause.

☐ Finding it to be in the interest of justice, the Court **ORDERS** Defendant punished in accordance with the reformed judgment and sentence indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, State Jail Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

The Court **ORDERS** Defendant's sentence **EXECUTED.**

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

The Court further **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Furthermore, the following special findings or orders apply:

May 17, 2015

X _____
Don Adams
JUDGE PRESIDING

Clerk: ROSA SOSA

*Thumbprint Certification attached.                                    Right Thumbprint*

CAUSE NO.: F11422911  CDC #2

THE STATE OF TEXAS  DALLAS COUNTY, TEXAS

VS.

JENNIFER BLAKE  April  **TERM,** 2014

## MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

That _____ JENNIFER BLAKE _____, Defendant, was duly and legally placed on probation for a period of _____ 3 _____ years in the above entitled and numbered cause in _____ CDC #2 _____ of Dallas County, Texas, on the 22nd day of June, A.D., 2012 _____ for the offense of:

### FALSE STATEMENT FOR PROPERTY/CREDIT $1500<$20K

That the Defendant has violated the following conditions _____ a,d,h,j,k, _____ of said supervision in that;

### SEE ATTACHED PAGE(S)

This violation-offense occurred after _____ 06/22/2012 _____ and during the term of Supervision.

WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why the Court should not revoke probation or proceed with an adjudication of guilt on the original charge.

This the 10th day of April, A.D., 2014

```
*****************************************
*                                       *
*           FILED                       *
*         04/10/2014                    *
*     _____               *
*       Gary Fitzsimmons                *
*       DISTRICT CLERK                  *
*       DALLAS CO., TEXAS               *
*     _____               *
*           DEPUTY                      *
*****************************************
```

Craig Watkins
District Attorney
Dallas County, Texas

BY: _____
Assistant District Attorney

A copy of this motion was delivered to the Defendant on the ____ day of _____ A.D., 20 15.

_____
CSO

I received a copy of this motion on the ____ day of _____ May _____ A.D., 20 15.

_____
Defendant

ML#: C-454489

CAUSE NO.: F11422911                          CDC #2

THE STATE OF TEXAS                            DALLAS COUNTY, TEXAS

VS.
JENNIFER BLAKE                                April      TERM, 2014

## MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

(a) JENNIFER BLAKE did violate condition (a) by violating the laws of the State of Texas in that on or about  10/25/14  in Dallas County, Texas, she committed the offense of Possession of Drug Paraphernalia.

(d) JENNIFER BLAKE did violate condition (d) in that she did not report to the community supervision office as directed for the months of February and March, 2014.

(h) JENNIFER BLAKE did violate condition (h) in that she did not pay Court Costs and Fines as ordered by the court and is currently delinquent $244.00.

(j)  JENNIFER BLAKE did violate condition (j) in that she did not pay community supervision fees as directed and is currently delinquent $1,622.00.

(k)  JENNIFER BLAKE did violate condition (k) in that she did not pay the Crime Stoppers payment as ordered by the court and is currently delinquent $50.00.

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

**THE STATE OF TEXAS**

CAUSE NO. F ⎽⎽⎽⎽⎽⎽⎽⎽⎽ -I

**VS.**

Jennifer Blake

**CRIMINAL** **DISTRICT COURT** **#2**

**DALLAS COUNTY, TEXAS**

**RIGHT THUMB**

**DEFENDANT'S** _RT_ **HAND**

**THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.**

**DONE IN COURT THIS** ⎽⎽⎽ **DAY OF** ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽ **, 20** ⎽⎽.

C. KIRBY #694

**BAILIFF/DEPUTY SHERIFF**

**\*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:**

⎽⎽⎽⎽ **LEFT THUMBPRINT** ⎽⎽⎽⎽ **LEFT/RIGHT INDEX FINGER**

⎽⎽⎽⎽ **OTHER,** ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

**SIGNED AND ENTERED ON THIS** ⎽⎽⎽ **DAY OF** ⎽⎽⎽⎽⎽⎽⎽⎽ **, 20** ⎽⎽.

**PRESIDING JUDGE**

THE STATE OF TEXAS

VS.

Jennifer Blake

CAUSE NO. F 1142291 -1

CRIMINAL DISTRICT COURT #2

DALLAS COUNTY, TEXAS

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant in the above cause and by his Attorney, and moves the Court to grant him a New Trial herein for the good and sufficient reason that the verdict is contrary to the law and evidence.

Wherefore, Defendant prays the Court grant a new trial herein.

Respectfully submitted,

_____
Attorney for Defendant

## ORDER

The above Motion is hereby:

☐ (GRANTED)   ☐ (OVERRULLED)

_____
JUDGE

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

FILED
2015 MAY 15 PM 12: 55